UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JEWEL G. SMITH                                         CIVIL ACTION

VERSUS                                                 NO. 08-3943

WOODROW WILSON CONSTRUCTION                            SECTION "N"
COMPANY, INC.

## **O R D E R**

Before the Court is a Motion for Summary Judgment (Rec. Doc. 22) filed by Defendant Woodrow Wilson Construction Company, Inc. ("WWCI"). The motion is opposed by Plaintiff, Jewel G. Smith, d/b/a Smith Mobile Home Services.

WWCI seeks summary judgment on claims that violated La. R.S. § 51:1409 and that it refuses to pay Plaintiff for work performed. In support of its Motion, WWCI argues that Smith has offered no evidence that WWCI violated § 51:1409 and also argues that it is uncontroverted that Smith signed two Waivers of Lien on April 20, 2006 and June 7, 2006, respectively, which Defendant argues establishes that summary judgment should be granted in its favor.

Smith filed an opposition asking that this Court defer summary judgment pursuant to Fed. R. Civ. P. 56(f)(2) because additional discovery remains outstanding that may affect the

Court's consideration of the instant motion. Smith argues that WWCI has not answered Smith's April 13, 2009 Requests for Production and Interrogatories and that there remain a number of depositions scheduled to be taken.

>Federal Rule of Civil Procedure 56(f) states:
>
>Should it appear from the affidavits of a party opposing the motion [for summary judgment] that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

Rule 56(f) motions are to be granted liberally. *Beattie v. Madison County Sch. Dist.*, 254 F.3d 595, 606 (5th Cir. 2001). Because discovery is still proceeding, and the Plaintiff is unable to substantively refute the summary judgment motion given the present state of discovery, **IT IS ORDERED** that the Motion for Summary Judgment is hereby **DENIED WITHOUT PREJUDICE** as to Defendant's ability to re-urge the motion after the completion of discovery in this matter, including after the outstanding motion to compel in this matter is resolved.

>New Orleans, Louisiana, this 3rd day of June, 2009.

>> _____
>> **KURT D. ENGELHARDT**
>> **United States District Judge**